IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT F. KEENE,

    Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                       Case No. 13-cv-341-wmc

KAY DE BOER and DE BOER
TRANSPORTATION, INC.,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Kay De Boer and De Boer Transportation, Inc. granting their motion to dismiss and dismissing this case.

| /s/ | 1/22/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |